(Post 11/2015)

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

SEP 22 2022

TAMMY H. DOWNS, CLERK
By: _Mm̲k̲ ̲R̲o̲o̲l̲e̲_
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_Delta_ DIVISION

Trial by jury
Company employ
500+ employees

Billie R. James
Pro se

_____
(Name of plaintiff or plaintiffs)

v.

Southland Casino

_____
(Name of defendant or defendants)

CIVIL ACTION NO. 2:22-CV-00173-JM
(case number to be supplied by the assignment clerk)

This case assigned to District Judge Moody
and to Magistrate Judge Ervin

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Billie James, is a
   (name of plaintiff)
citizen of the United States and resides at 507 N. Third St. Apt. 102
                                            (street address)
Memphis, Shelby, Tennessee 38105
(city)   (county)   (state)    (ZIP)
901-440-7771
(telephone)

3. Defendant, Southland Casino, lives at, or its
                (name of defendant)
business is located at 1550 N. Ingram Blvd. West Memphis
                       (street address)                    (city)
Crittenden, Arkansas, 72301.
(county)    (state)    (ZIP)

4. Plaintiff sought employment from the defendant or was employed by the

defendant at <u>1550 N. Ingram Blvd.</u>   <u>West Memphis</u>
               (street address)                  (city)

<u>Crittenden</u>  <u>Arkansas</u>,  <u>72301</u>.
(county)        (state)        (ZIP)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about <u>March</u>  <u>31</u>,  <u>2022</u>.
                                                                (month)    (day)      (year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about <u>July</u>  <u>12</u>,  <u>2022</u>.
                                   (month)   (day)   (year)

7. The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on <u>July</u>  <u>19</u>,  <u>2022</u>, a copy of which notice is attached to this complaint.

8. Because of plaintiff's (1) _____ race, (2) _____ color, (3) _____ sex, (4) _____ religion, (5) _____ national origin, defendant: age ✓ retaliation ✓

    (a) _____ failed to employ plaintiff.

    (b) ✓ terminated plaintiff's employment.

    (c) _____ failed to promote plaintiff.

    (d) _____ _____

_____

_____

_____

9. The circumstances under which the defendant discriminated against plaintiff were

as follows: I was hired as a bartender on December 15, 2021. Throughout my employment, I was harassed, robbed, humiliated, and signaled out because of my age. The management team refused to respond to any of my complaints. On March 7, I wrote a harassment complaint against my supervisor, which lead to my termination two weeks later.

10. The acts set forth in paragraph 9 of this complaint:

    (a) _____ are still being committed by defendant.

    (b) ✓ are no longer being committed by defendant.

    (c) _____ may still be being committed by defendant.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) _____ Defendant be directed to employ plaintiff, and

    (b) ✓ Defendant be directed to re-employ plaintiff, and

    (c) _____ Defendant be directed to promote plaintiff, and

    (d) _____ Defendant be directed to _____

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

_____
SIGNATURE OF PLAINTIFF

EEOC Form 5 (11/09)

| | | |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC | Agency(ies) Charge No(s):<br><br>493-2022-01624 |

__Not Applicable__ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Ms. Billie R. James | (901) 440-7771 | 1952 |

Street Address

507 N. Third Apt.102

MPHS, TN 38105

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Southland Casino | 15 - 100 Employees | |

Street Address

1550 N. Ingram Blvd.

WEST MEMPHIS, AR 72301

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address | City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| Age, Retaliation | Earliest: 12/15/2021   Latest: 03/31/2022 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

On December 15, 2021, I was hired as a Bartender by the above-name Respondent. On February 25, 2022, and March 5, 2022, I was subjected to harassment when my Supervisor screamed instructions at me while I performed my job. On March 7, 2022, I filed a complaint regarding the harassment with Human Resources, but my concerns were never addressed. On March 12, 2022, I was accused of theft and placed on a 90-day suspension without pay pending an investigation. On March 31, 2022, I was discharged for alleged theft and misappropriation. I believe I was discriminated and retaliated against because of my age (70) in violation of the Age Discrimination in Employment Act of 1967 (ADEA).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Billie R. James**<br>07/14/2022<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |