IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BILLIE R. JAMES**                                                           **PLAINTIFF**

**v.**                            **Case No. 2:22-cv-173-JM**

**SOUTHLAND CASINO**                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on November 7, 2023, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 8th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE